# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Criminal No. 14-034 (ESH) |
| ALVALONZO GRAHAM, | ) ) | |
| Defendant. | ) ) | |

## ORDER

In a hearing before Magistrate Judge Facciola on March 18, 2014, defendant Alvalonzo Graham entered a plea of guilty. On that day, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. Counsel have as of this date stated that they have no objection to the Report and Recommendation. Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 2, 2014